### W. H. DULANEY, ET AL. *v.* NATIONAL TPK. RD. CO.

[Abstract Kentucky Law Reporter, Vol. 5—512.]

**Jurisdiction in Equity.**

Where the remedy at law is plain, adequate and complete, and no exceptional facts are exhibited by the petition which would justify equitable relief, the chancellor will not interfere with the general statutory mode of condemnation.

APPEAL FROM LOUISVILLE CHANCERY COURT.

December 20, 1883.

OPINION BY JUDGE HARGIS:

The remedy at law in this case seems to be plain, adequate and

complete, and there are no exceptional facts exhibited by the petition which would justify equitable relief or authorize the chancellor to interfere with the general statutory mode of condemnation which supersedes other modes embraced by the charter passed prior to its enactment. I Acts 1867, ch. 1175. See *Chattaroi R. Co. v. Kinner,* 81 Ky. 221, 5 Ky. L. 33.

Wherefore the judgment is *affirmed.*

*Barnett, Noble & Barnett, for appellants.*

*C. B. Seymour, for appellee.*